## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHERINE PERO, individually and on behalf of all others similarly situated, | : : : : |
| *Plaintiff*, | : CIVIL ACTION : NO. 2:25-cv-01859-TJS |
| v. | : : |
| BROWN-DAUB CHEVROLET OF NAZARETH, | : : : |
| *Defendant*. | : : : |

### JOINT STIPULATION FOR VOLUNTARY
### DISMISSAL WITHOUT PREJUDICE

WHEREAS, on or about April 10, 2025, Plaintiff filed a Complaint commencing this action ("Complaint") (Dkt #1);

WHEREAS, on or about June 23, 2025, Defendant filed a Motion to Dismiss the Complaint ("Dkt #13);

WHEREAS, on or about July 21, 2025, Plaintiff filed an Amended Complaint (Dkt #18).

WHEREAS, on or about July 23, 2025, Defendant filed a Motion to Dismiss the Amended Complaint ("Dkt #20);

WHEREAS, on or about November 3, 2025, a conference was held with Judge Savage. Judge Savage converted the Motion to Dismiss into a Motion for Summary Judgment (Dkt. #30),

WHEREAS, on or about November 17, 2025, Plaintiff received documents responsive to a subpoena from third-party vendor Dealer Funnel LLC ("Dealer Funnel");

WHERAS, the documents Plaintiff received from Dealer Funnel changed the nature of

Plaintiff's claims and prompted Plaintiff to seek further amendment of the Complaint;

WHEREAS, the parties held a teleconference with Judge Savage on December 1, 2025. During the call, Judge Savage suggested that Plaintiff voluntarily dismiss the Amended Complaint without prejudice and file a new and related action (Dkt. #33);

THEREFORE, the parties agree that Plaintiff voluntarily dismisses the captioned action without prejudice and will file a new and related action.

Dated: December 5, 2025

Respectfully submitted,
EDELSON LECHTZIN LLP

By:   /s/Eric Lechtzin
Eric Lechtzin
Andrew Lapat
411 S. State Street, Suite N-300
Newtown, PA 18940
Telephone: (215) 867-2399
elechtzin@edelson-law.com
alapat@edelson-law.com
*Attorneys for Plaintiff and the Proposed Collective and Class*

**NORRIS, McLAUGHLIN, PA**
*Attorney for Defendant Brown Daub Chevrolet of Nazareth*

By: /s/ James J. Scanlon
James J. Scanlon, Esquire, #79557
Micah Brown, Esquire, #326075
515 West Hamilton Street, Suite 502
Allentown, PA 18101
(610) 391 1800 (telephone)
(610) 391 1805 (fax)

## CERTIFICATE OF SERVICE

    I, Eric Lechtzin, hereby certify that on this 5th day of December, 2025, a true and correct copy of the foregoing Joint Stipulation for Voluntary Dismissal Without Prejudice was served on all counsel of record via the Court's ECF Filing System.

                                              By: /s/Eric Lechtzin
                                                     Eric Lechtzin